UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

    Plaintiff,

vs.

CASE NO. 1:18-cv-12062-GHW

BOXERS ENTERPRISES, LLC., a New York limited liability company, d/b/a BOXERS HK-NYC, and KIM PROPERTIES CORP., a New York corporation,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendant, BOXERS ENTERPRISES, LLC., a New York limited liability company, d/b/a BOXERS HK-NYC, who, by and through their respective undersigned counsel, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

    Dated: This 19th day of August, 2019.

By: _____  
Robert J. Mirel, Esq.  
The Weitz Law Firm, P.A.  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160  
Telephone: (305) 949-7777  
Facsimile: (305) 704-3877  
Email: rjm@weitzfirm.com  
*Attorneys for Plaintiff*

By: _____  
Erik Mathew Bashian, Esq.  
Bashian & Papantoniou, P.C  
500 Old Country Road, Suite 302  
Garden City, NY 11530  
Telephone: (516)-279-1555  
Facsimile: (516)-213-0339  
Email: eb@bashpaplaw.com  
*Attorneys for Defendant*

**SO ORDERED:**

_____  
Gregory H. Woods, U.S.D.J.